**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:23-CV-557-FDW-DCK**

| | | |
|---|---|---|
| **THREE REASONS, LLC, and ANDREW HUX,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **JAB-C, LLC, THIRTYONE THIRTEEN LLC,** | ) | |
| **AND MANAL SAFFOURY SCHATTIN,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

  **THIS MATTER IS BEFORE THE COURT** on "Plaintiffs' Motion To Seal" (Document

No. 2) filed August 30, 2023.  This motion has been referred to the undersigned Magistrate Judge

pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered

the motion and the record, the undersigned will <u>grant</u> the motion.

  A party who seeks to seal any pleading must comply with the Local Rules of this Court.

Local Civil Rule("LCvR") 6.1 provides in relevant part as follows:

### LCvR.  6.1  SEALED FILINGS AND PUBLIC ACCESS.

  **(a)**  ***Scope of Rule***.  To further openness in civil case
proceedings, there is a presumption under applicable common law
and the First Amendment that materials filed in this Court will be
filed unsealed.  This Rule governs any party's request to seal, or
otherwise restrict public access to, any materials filed with the Court
or used in connection with judicial decision- making.  As used in
this Rule, "materials" includes pleadings and documents of any
nature and in any medium or format.

  **(b)**  ***Filing under Seal***.  No materials may be filed under seal
except by Court order, pursuant to a statute, or in accordance with a
previously entered Rule 26(e) protective order.

  **(c)**  ***Motion to Seal or Otherwise Restrict Public Access***.  A
party's request to file materials under seal must be made by formal

motion, separate from the motion or other pleading sought to be sealed, pursuant to LCvR 7.1. Such motion must be filed electronically under the designation "Motion to Seal." The motion must set forth:

> **(1)** A non-confidential description of the material sought to be sealed;
> **(2)** A statement indicating why sealing is necessary and why there are no alternatives to filing under seal;
> **(3)** Unless permanent sealing is sought, a statement indicating how long the party seeks to have the material maintained under seal and how the matter is to be handled upon unsealing; and
> **(4)** Supporting statutes, case law, or other authority.

LCvR 6.1. It appears that the requirements of LCvR 6.1(c)(1) through (4) have been adequately met.

Having considered the factors provided in LCvR 6.1(c), the Court will grant the motion to seal. The undersigned observes that Plaintiffs have already filed a publicly available redacted version of the Complaint. <u>See</u> (Document No. 1).

Noting that the time for public response has not run to this motion, the Court will consider any objection to this Order from non-parties as an objection to the motion, requiring no additional burden for any non-party under the Federal Rules of Civil Procedure. <u>See</u> Local Rule 6.1(e).

**IT IS, THEREFORE, ORDERED** that "Plaintiffs' Motion To Seal" (Document No. 2) is **GRANTED**. Plaintiffs shall file an unredacted version of their Complaint <u>and</u> Exhibit B under seal on or before **September 6, 2023**. In addition, Plaintiffs shall file publicly available redacted versions of Exhibits A and B on or before **September 6, 2023**. Exhibit A (Document No. 3) and Plaintiffs' other sealed documents shall remain under seal until otherwise ordered.

2

**SO ORDERED**.

Signed: September 1, 2023

David C. Keesler
United States Magistrate Judge