IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-557-FDW-DCK

| | |
|---|---|
| THREE REASONS, LLC, and ANDREW HUX, <br><br> Plaintiffs, <br><br> v. <br><br> JAB-C, LLC, f/k/a SUPREME READY-MIX, LLC, MANAL SAFFOURY SCHATTIN, and THIRTYONE THIRTEEN LLC, <br><br> Defendants. | ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiffs' "Consent Motion To Unseal Documents" (Document No. 18) filed November 2, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' "Consent Motion To Unseal Documents" (Document No. 18) is **GRANTED**. The Complaint and Exhibits A and B to the Complaint shall be unsealed.

**SO ORDERED**.

Signed: November 9, 2023

David C. Keesler
United States Magistrate Judge