UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00557-FDW-DCK

| | |
|---|---|
| ANDREW HUX )<br>THREE REASONS, LLC , )<br> )<br>**Plaintiffs,** )<br> )<br>v. )<br> )<br>MANAL SAFFOURY SCHATTIN )<br>JAB-C, LLC )<br>THIRTYONE THIRTEEN LLC , )<br> )<br>**Defendants.** )<br> ) | **ORDER** |

**THIS MATTER** is before the Court *sua sponte* concerning the status of the case. The Case Management Order entered in this matter set a deadline of June 7, 2024, for the filing of dispositive motions and calendared this matter for trial on November 4, 2024. (Doc. No. 26). On April 19, 2024, the Magistrate Judge amended the Case Management Order, extending the dispositive motions deadline to August 16, 2024, and continuing trial in this case to January 6, 2025.

In light of these changes, the Court *sua sponte* further amends the Case Management Order as follows:

a. Trial. This case shall be tried with a jury. Counsel should be prepared to proceed to trial during the mixed trial term of court of **January 6–17, 2025**. Docket Call will take place at 9:00 A.M. on Monday, **January 6, 2025**, in Courtroom #5B of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina. Jury selection for all trials for that trial term will typically take place on the business day immediately following docket call. The order that cases will proceed to trial will be finalized at docket call, and counsel and witnesses should be prepared accordingly.

1

b.  Final Pretrial Conference. TAKE NOTICE that the final pretrial conference shall take place immediately following docket call, on **January 6, 2025**. On or before the date of the final pretrial conference, counsel shall seriously revisit the possibility of settlement and be prepared at the conference to inform the Court of the parties' efforts.

c.  Pretrial Submissions. The parties are to submit pretrial submissions as set forth in the Court's original Case Management Order, (Doc. No. 26). Pretrial submissions shall be jointly drafted and submitted to Chambers no later than **December 16, 2024**.

d.  Exhibits. As set forth in the Court's original Case Management Order, (Doc. No. 26), counsel and the parties are expected to use presentation technology available in the courtroom to display evidence to the jury. Training on that equipment should be arranged well in advance of trial with the Courtroom Deputy and requested no later than **December 16, 2024**.

All other terms of the Court's Case Management Order, including the more detailed instructions concerning pretrial submissions, exhibits, motions *in limine*, and trial briefs remain in effect.

**IT IS THEREFORE ORDERED** that this case will proceed to trial during the mixed trial term of court of January 6–17, 2025. Docket call will take place at 9:00 A.M. on Monday, January 6, 2025, in Courtroom #5B of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina. The final pretrial conference shall take place immediately following docket call. Pretrial submissions shall be jointly drafted and submitted no later than December 16, 2024.

**IT IS SO ORDERED.**

Signed: September 24, 2024

Frank D. Whitney
United States District Judge