UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00557-FDW-DCK

| | |
|---|---|
| ANDREW HUX ) | |
| THREE REASONS, LLC , ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MANAL SAFFOURY SCHATTIN ) | |
| JAB-C, LLC ) | |
| THIRTYONE THIRTEEN LLC , ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court, *sua sponte*, as to the trial setting in this matter, which is currently scheduled to begin with docket call on January 6, 2025.

The parties' cross-Motions for Summary Judgment, (Doc. Nos. 66, 68), and Plaintiffs' Motion to Strike, (Doc. No. 64), remain pending before this Court. Upon review of the Motions, the record in this case, and pursuant to the Court's inherent authority to manage its docket, the Court *sua sponte* continues trial in this matter to the mixed trial term beginning March 3, 2025.

In light of this continuance, the Court *sua sponte* revises the Case Management Order entered in this case, (Doc. Nos. 26, 60), as follows: Pretrial submissions due February 10, 2025; Motions in Limine and/or Trial Briefs due February 24, 2025; Responses to Motions in Limine due February 27, 2024. All other requirements concerning pretrial submissions set forth in the CMO, (Doc. No. 26, pp. 8–13), remain the same.

**IT IS THEREFORE ORDERED** that Docket Call and trial this matter is **CONTINUED** to the mixed trial term beginning March 3, 2025, and the final pretrial conference is **CONTINUED** and shall take place immediately following Docket Call on March 3, 2025.

1

**IT IF FURTHER ORDERED** that parties' deadlines to submit pretrial submissions are **CONTINUED** consistent with the terms of this Order.

**IT IS SO ORDERED.**

Signed: December 11, 2024

Frank D. Whitney
United States District Judge